**Order entered May 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00378-CV

### METHODIST RICHARDSON MEDICAL CENTER, Appellant

### V.

### TINA CELLARS, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-09173

## ORDER

Before the Court is appellee's May 13, 2019 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **May 28, 2019**.

/s/    KEN MOLBERG
       JUSTICE